UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAIN MANAGEMENT CENTERS OF AMERICA, LLC,<br><br>      *Plaintiff*,<br><br>    v.<br><br>ROBERT F. KENNEDY, JR., Secretary, Health and Human Services,<br><br>      *Defendant*. | Civil Action No. 25-0709 (APM) |

**Joint Motion to Stay Deadlines Pending Settlement Negotiations**

    The parties, by and through their respective counsel, hereby move to stay this action and all pending deadlines pending the parties' settlement discussions. In support of their motion, the parties state as follows:

    1.    Plaintiff filed suit on March 10, 2025, seeking judicial review of a Medicare Appeals Council Order. Compl. (ECF No. 1).

    2.    Defendant's response to the Complaint is due July 7, 2025.

    3.    The parties are currently engaged in settlement discussions which, if successful, would fully resolve this action.

    4.    The parties therefore request a stay of the action so that the parties may focus on their settlement discussions.

    5.    The parties believe that a stay would expedite resolution of this matter and conserve judicial resources.

    6.    The parties propose to file a joint report sixty days after the entry of the stay, advising the Court of the status of their settlement discussions. In their report, the parties will

either propose a schedule for the continuation of the litigation or seek an extension of the stay. The parties will also inform the Court whether they believe it would be beneficial to refer the matter to a magistrate for mediation.

Dated: July 7, 2025

Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ Kartik N. Venguswamy
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Attorneys for the United States of America*


 /s/ Natalie M. Brennan
NATALIE M. BRENNAN
Attorney Identification No. 90031537
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Telephone: (215) 665-8700
natalie.brennan@bipc.com

*Attorneys for Plaintiff, Pain Management Centers of America, LLC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAIN MANAGEMENT CENTERS OF AMERICA, LLC,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>ROBERT F. KENNEDY, JR., Secretary, Health and Human Services,<br><br>　　　　*Defendant*. | Civil Action No. 25-0709 (APM) |

## **PROPOSED ORDER**

Upon consideration of the parties' Joint Motion to Stay Deadlines Pending Settlement Negotiations, it is hereby **ORDERED** that the Joint Motion is **GRANTED**. It is further **ORDERED** that the matter and all pending deadlines are **STAYED** and that the parties shall submit a joint status report updating the Court on the status of settlement negotiations on _____.

　　SO ORDERED

_____
United States District Judge